UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PETER DAZA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17-cv-0316-JMS-MPB |
| | ) |
| STATE OF INDIANA, | ) |
| RUSSELL FOWLER, Dist. Deputy Commissioner, | ) |
| NINA DANIEL, District HR Manager, and | ) |
| VALERIE COCKRUM, Tech. Services Director, | ) |
| in their official and individual capacities, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Peter Daza, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this case on August 31, 2018.

Respectfully submitted,

 s/ Richard L. Darst
Cohen Garelick & Glazier
Suite 800
Indianapolis, Indiana   46240-4636
Telephone (317) 573-8888
Facsimile   (317) 574-3855
Email rdarst@cgglawfirm.com

Certificate of Service

I certify that a copy of the foregoing was filed electronically on the 28th day of September, 2018. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Benjamin C. Ellis
Andrew C. Scheil
Benjamin M.L. Jones
Elizabeth M. Littlejohn
Deputy Attorneys General
Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Benjamin.Ellis@atg.in.gov
Andrew.Scheil@atg.in.gov
Benjamin.Jones@atg.in.gov
Elizabeth.Littlejohn@atg.in.gov

                                                               s/ Richard L. Darst