UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PETER DAZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-0316-JMS-MPB |
| | ) | |
| STATE OF INDIANA, | ) | |
| RUSSELL FOWLER, Dist. Deputy Commissioner, | ) | |
| NINA DANIEL, District HR Manager, and | ) | |
| VALERIE COCKRUM, Tech. Services Director, | ) | |
| in their official and individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## **DOCKETING STATEMENT**

The plaintiff Peter Daza, by counsel, pursuant to Circuit Rules 3(c) and 28(a) hereby files the docketing statement as follows:

(1) The district court had jurisdiction of this case based on the federal statutes, Title 28, United States Code, Sections 1331 and 1343, and Title 42, United States Code, Section 2000e-5.

(2) The court of appeals has jurisdiction of the appeal in this case based on the statutory provision of Title 28, United States Code, Section 1291.

(i) The date of the entry of judgment sought to be reviewed is August 31, 2018.

(ii) No motion for new trial or alteration of the judgment or any other motion claimed to toll the time within which to appeal was filed in this case.

(iii) There was no disposition of a motion for new trial or alteration of judgment in this case.

(iv) The date of the filing of the Notice of Appeal is September 28, 2018, and there was no extension of time requested or granted for such notice.

(v) This case is not a direct appeal from the decision of a magistrate judge.

(3) The appeal is from a final judgment which disposes of all claims with respect to all parties.

Respectfully submitted,

 s/ Richard L. Darst
Cohen Garelick & Glazier
Suite 800
Indianapolis, Indiana   46240-4636
Telephone (317) 573-8888
Facsimile   (317) 574-3855
Email rdarst@cgglawfirm.com

<u>Certificate of Service</u>

I certify that a copy of the foregoing was filed electronically on the 28th day of September,

2018. Notice of this filing will be sent to the following by operation of the Court's electronic

filing system. Parties may access this filing through the Court's system.

Benjamin C. Ellis
Andrew C. Scheil
Benjamin M.L. Jones
Elizabeth M. Littlejohn
Deputy Attorneys General
Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Benjamin.Ellis@atg.in.gov
Andrew.Scheil@atg.in.gov
Benjamin.Jones@atg.in.gov
Elizabeth.Littlejohn@atg.in.gov

 s/ Richard L. Darst